Prob 22 (Rev. 03/97)

# TRANSFER OF JURISDICTION

| | | |
|---|---|---|
| DOCKET NO. (Transferring Court) | 0:01CR00202-1(ADM) & AJB; 0:01CR00203-1(ADM)/AJB | |
| DOCKET NO. (Receiving Court) | CR.S-04-0476 MCE DFL | |
| NAME AND ADDRESS OF * | DISTRICT | DIVISION |
| Keith Edward Kimmons | MINNESOTA | Minneapolis |
| | NAME OF SENTENCING JUDGE | |
| | Ann D. Montgomery | |
| | DATES OF SUPERVISION | FROM 08/17/2004 TO 0?/?6/20?7 |
| OFFENSE | | |
| Mail Fraud in both cases | | |

RECEIVED MAIL JUL 2 9 2005 CLERK US DIST COURT ST. PAUL, MN

FILED DEC 23 2004 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY DEPUTY CLERK

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the named above be transferred with the records of this Court to the United States District Court for the Eastern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of may be changed by the District Court to which this transfer is made without further inquiry of this Court.

December 9, 2004
Date

Ann D. Montgomery, United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction of the above be accepted and assumed by this Court from and after the entry of this order.

DEC 22 2004
Effective Date

MORRISON C. ENGLAND, JR. United States District Judge

SCANNED JUL 2 9 2005 U.S. DISTRICT COURT ST. PAUL